IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-111-KDB-DCK

| COURTNEY HILL, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| INVESTORPLACE MEDIA, LLC, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Angela Farag Craddock, concerning Morgan Rachel Hoffman, on August 22, 2023. Morgan Rachel Hoffman seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Morgan Rachel Hoffman is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 22, 2023

David C. Keesler
United States Magistrate Judge