IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-111-KDB-DCK

| | |
|---|---|
| **COURTNEY HILL,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **INVESTORPLACE MEDIA, LLC,** | )<br>) |
| **Defendant**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by David M. Wilkerson, concerning Manuel S. Hiraldo, on September 6, 2023. Manuel S. Hiraldo seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Manuel S. Hiraldo is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 6, 2023

David C. Keesler
United States Magistrate Judge