IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-111-KDB-DCK

| COURTNEY HILL, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| INVESTORPLACE MEDIA, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) filed by Angela Farag Craddock, concerning Emily Tifft, on March 20, 2023. Emily Tifft seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 34) is **GRANTED**. Emily Tifft is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 20, 2024

David C. Keesler
United States Magistrate Judge