IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-111-KDB-DCK

| COURTNEY HILL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| INVESTORPLACE MEDIA, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 33) filed by Angela Farag Craddock, concerning Daniel S. Blyn, on March 20, 2023. Daniel S. Blyn seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 33) is **GRANTED**. Daniel S. Blyn is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 21, 2024

David C. Keesler
United States Magistrate Judge